# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00727-CV

Alvin Heratio Harper, Appellant

v.

Leslie Marie Harper, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 260,571-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellate record was due to be filed February 21, 2014. In early March, we were notified that appellant had not made arrangements for the record to be filed, and on March 19, we sent appellant a letter asking him to make arrangements for the record and send us a status report no later than March 31. On March 27, we received a document titled "Notice to Dismiss Appeal," stating that appellant "hereby file[d] this notice to dismiss the" appeal. However, because the document was not signed and had other technical defects, we refused to file it and sent appellant notice that he should file a corrected motion by April 7. To date, appellant has not filed a new motion, nor has the record been filed. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   May 2, 2014